ACCEPTED
13-15-00042-CV
THIRTEENTH COURT OF APPEALS
CORPUS CHRISTI, TEXAS
7/23/2015 8:51:00 AM
CECILE FOY GSANGER
CLERK

## CERTIFICATE OF COMPLIANCE

I certify that I drafted Appellant's Brief using Microsoft Word for Mac 2011 using Arial 14-point font for the text and 12-point font for footnotes and that the Brief contains 3425 words.

FILED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
7/23/2015 8:51:00 AM
CECILE FOY GSANGER
Clerk

/s/  Tracia Y. Lee

Tracia Y. Lee

## CERTIFICATE OF SERVICE

I certify that on this 20th day of July, 2015, a true and correct copy of Appellant's Brief was served on the following counsel of record via facsimile, in accordance with the Texas Rules of Civil Procedure:

***Via E-Service or Facsimile: (210) 224-1030***
Reynaldo L. Diaz, Jr.
Law Offices Of Reynaldo L. Diaz, Jr.
1615 Broadway
San Antonio, Texas 78215
*Attorney for Santos Maldonado*

***Via E-Service or Facsimile: (956) 383-2014***
Melinda Diaz
Attorney at Law
3907 S. Sugar Road
Edinburg, Texas 78539
*Attorney for Erasmo Lopez*

/s/  Tracia Y. Lee

Tracia Y. Lee

21



logged in as **tlee@tleelaw.com**

| Home | Submit Filing | Submit eService | My Filings | My eServices | Firm Management | Resources |

### Filing Progress

1. Case Information
2. Upload Documents
3. eService
4. Review
5. Process
6. **Acknowledgement**

**Start a New Filing**

## *Proof of Submission*

**Your submission was successful!** Your trace number is **6146470**. The details of your filing are shown below.

You can monitor the status of <u>this submission</u> by clicking here.

The date and time below will be the official timestamp when this filing is accepted by the clerk.

| Filed Date & Time | |
|---|---|
| **Date:** | **Time | Time Zone:** |
| Monday, July 20, 2015 | 6:20:08 PM |

| Fee | Est.Amount | Payment Information | |
|---|---|---|---|
| **ProDoc, Inc. Fees** | | **Account Name:** BOA | |
| eFiling/eService Fee | $3.00 | **Payment Method:** Credit Card | |
| 8.25% Sales Tax | $0.25 | **Credit Card Type:** VISA | |
| **Court Fees** | | **Card Number:** XXXX XXXX XXXX 3523 | |
| | | **Card Expiration Date:** 06/2017 | |
| **The State eFiling System Processing Fees** | | **Transaction Amount:** $3.34 | |
| Convenience Fee | $0.09 | **Transaction Status:** | |
| **Envelope Total:** | $3.34 | **Transaction ID:** 10078668 | |
| | | **Transaction Order ID:** 006146470-0 | |

| Personal Information | Envelope Information | |
|---|---|---|
| **Filer:** Tracia Lee | **Case Title:** N/A | **Appellee(s):** |
| **Attorney:** Tracia Lee | **Sealed Case:** No | Erasmo Lopez |
| **Firm or Organization:** Tracia Y Lee, PLLC | **Court Name:** 13th Court of Appeals | **Appellant(s):** |
| **Bar Number:** 24013021 | **Case Category:** Civil - Other Civil | Belinda Lopez |
| **Address:** PO Box 171022 Austin, TX 78717 | **Case Type:** CIVIL | |
| **Phone:** 512-814-6167 | **Cause Number:** 13-15-00042-CV | |

| Document Information | Service Recipients |
|---|---|
| **Document(s) Filed:** | **eService** |
| Original - Appellant's Brief - No. 13-15-00042-CV.pdf | » Melinda Diaz    diaze6@aol.com |
| | » R W Armstrong    office@armstrong-firm.com |
| | » Reynaldo Diaz, Jr.    rey@reydiazlaw.com |

**Bookmark This Page**          **Privacy Policy**          **www.ProDoc.com**          **Contact Us**

This site and all contents Copyright ©2003-2015 Thomson Reuters. All rights reserved.